UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SOPHOCLES TSIRKAS,

                Plaintiff,

- against -

**JUDGMENT**
CV-11-5805 (SJF)(ARL)

NASSAU COUNTY CORRECTION CENTER,
SHERIFF JOHN DOE, MEDICAL DEPT., N.C.C.C.,
ARMOR MEDICAL CORP., DOCTOR JOHN DOE #1,
DOCTOR JOHN DOE #2, NURSE JANE DOE #1,
NURSE JANE DOE #2, MS. DAVIES, DR.
THEODORA, DR. K KAY-NJEMANZI, and MR.
BERNARD CHRISTPHONTE,

                Defendants.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ FEB 15 2012 ★

LONG ISLAND OFFICE

-----------------------------------------------------------------X

An Order of Honorable Sandra J. Feuerstein, United States District Judge, having been filed on February 15, 2012, dismissing plaintiff's action without prejudice for failure to prosecute, it is

**ORDERED AND ADJUDGED** that plaintiff take nothing of defendants; and that plaintiff's action is dismissed without prejudice for failure to prosecute.

Dated: Central Islip, New York
        February 15, 2012

                              DOUGLAS C. PALMER
                              CLERK OF THE COURT

                By:   /s/ Catherine Vukovich
                       Deputy Clerk